1046

RICHARD E. OLSEN, *Respondent*, v. PAYLESS DRUG STORES NORTHWEST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-07361-9, Marywave Van Deren, J., entered December 13, 1996. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 21882-8-II.   Division Two.   July 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARDO JOEL CHINNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04027-6, Frederick B. Hayes, J., entered March 18, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 22047-4-II.   Division Two.   July 10, 1998.]

PAUL A. HINTZ, *Appellant*, v. KITSAP COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-03265-8, Leonard W. Costello, J., entered May 9, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Armstrong, J. Now published at 92 Wn. App. 10.

[No. 22135-7-II.   Division Two.   July 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH WESLEY FORSYTHE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00230-3, James E. Rulli, J., entered June 24, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.